THOMAS P. O'BRIEN                                            **JS-6**
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LISABETH SHINER
California Bar No. 151792
Special Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6528
   Facsimile: (213) 894-7177
   E-mail: Lisabeth.Shiner@usdoj.gov

Attorneys for Plaintiff
United States of America

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CV 07-4753 JFW (AGRx) |
|               Plaintiff, ) | |
|               v.     ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $85,850.00 IN U.S. CURRENCY, ) | |
|               Defendant. ) | |
| KEVIN KRIVITSKY, ) | |
|               Claimant. ) | |

    This action was filed on July 23, 2007. Notice was given and published in accordance with law. On or about July 31, 2007, claimant Kevin Krivitsky ("claimant") filed a claim and, on August

17, 2007, an answer.  No other parties have appeared in this action, and the time for filing claims and answers has expired. Plaintiff and claimant, from whom the $85,850.00 in U.S. currency ("defendant currency") was seized, have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law.  No appearances have been made in the litigation by any person other than claimant Kevin Krivitsky.  The Court deems that all other potential claimants to the defendant currency admit the allegations of the Complaint to be true.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to $75,850.00 of the defendant currency, plus all interest earned by the government on said assets, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.
4. $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant in care of his attorney, Ronald Richards.  Said funds shall be forwarded by a check made payable in the amount of $10,000.00 to "Ronald Richards Client Trust Account," and shall be mailed to Ronald

|    |    |    |
|----|----|----|
| 1  |    | Richards and Associates, P.O. Box 11480, Beverly Hills, |
| 2  |    | CA 90213-4480. |
| 3  | 5. | Claimant hereby releases the United States of America, |
| 4  |    | its agencies, agents, and officers, including employees |
| 5  |    | and agents of the Drug Enforcement Administration, from |
| 6  |    | any and all claims, actions or liabilities arising out of |
| 7  |    | or related to this action, including, without limitation, |
| 8  |    | any claim for attorney's fees, costs or interest which |
| 9  |    | may be asserted on behalf of claimant, whether pursuant |
| 10 |    | to 28 U.S.C. § 2465 or otherwise. |
| 11 | 6. | The Court finds that there was reasonable cause for the |
| 12 |    | seizure of the defendant currency and institution of |
| 13 |    | these proceedings.  This judgment shall be construed as |
| 14 |    | a certificate of reasonable cause pursuant to 28 U.S.C. |
| 15 |    | § 2465. |

Dated: March 31, 2008

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

cc:USM, Fiscal